IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00271-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES ANTONIO LANGSTON | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion, (Doc. No. 21), requesting that the Court order the return of certain personal property following the resolution of his criminal case, pursuant to Fed. R. Crim. P. 41.

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion to Return Property within thirty (30) days of the entry of this Order.

Signed: September 2, 2016

Robert J. Conrad, Jr.
United States District Judge