IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CR-271-RJC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| JAMES ANTONIO LANGSTON, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 35) filed by C. Melissa Owen, concerning Marcia Shein on October 17, 2019. Marcia Shein seeks to appear as counsel *pro hac vice* for Defendant James Langston. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 35) is **GRANTED**. Marcia Shein is hereby admitted *pro hac vice* to represent Defendant James Langston.

**SO ORDERED**.

Signed: October 21, 2019

David C. Keesler
United States Magistrate Judge