IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00271-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES ANTONIO LANGSTON | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for the return of seized property, pursuant to Fed. R. Crim. 41(g), (Doc. No. 21), and the government's response, (Doc. No. 27).

The defendant sought the return of two cellular telephones, which the government states have since been given to his authorized agent.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 21), is **MOOT**.

Signed: November 14, 2019

Robert J. Conrad, Jr.
United States District Judge